1  Amy F. Sorenson (Nevada Bar No. 12495)
   Tanya N. Lewis (Nevada Bar No. 8855)
2  SNELL & WILMER L.L.P.
   1700 S Pavilion Center Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: asorenson@swlaw.com
5  tlewis@swlaw.com

6  *Attorneys for Defendant EdFinancial Services, LLC*

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

11  ALEISHIA MCGINNIS,

12  Plaintiff,                                  Case No. 2:25-cv-01279-JCM-NJK

13  vs.                                         **STIPULATION AND ORDER TO EXTEND DEFENDANT EDFINANCIAL SERVICES, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

14  TRANS UNION LLC; EXPERIAN
    INFORMATION SERVICES LLC;
15  EXPERIAN INFORMATION SOLUTIONS,
    INC.; and EDFINANCIAL SERVICES, LLC,
16
                                                **(FIRST REQUEST)**
17  Defendants.

   It is hereby stipulated by and between Plaintiff Aleishia McGinnis ("Plaintiff"), through her attorneys, George Haines and Gerardo Avalos of Freedom Law Firm, and Defendant EdFinancial Services LLC ("EdFinancial"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

   EdFinancial's current deadline to respond to the Complaint is November 28, 2025.  Due to the upcoming holiday, as well as family leave and vacation schedules of undersigned counsel, Plaintiff and EdFinancial stipulate and agree that EdFinancial shall have an extension until **December 23, 2025**, in which to file its responsive pleading.

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that EdFinancial can have adequate time to prepare its response, given the upcoming holiday season, and anticipated holiday, family leave, and vacation schedules of undersigned counsel.

Dated: November 14, 2025

SNELL & WILMER L.L.P.

By: *Tanya N. Lewis*
Amy F. Sorenson
Tanya N. Lewis
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant EdFinancial Services, LLC*

Dated: November 14, 2025

FREEDOM LAW FIRM, LLC

By: *Gerardo Avalos*
George Haines
Gerardo Avalos
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123

*Attorneys for Plaintiff Aleishia McGinnis*

IT IS SO ORDERED.
Dated:  November 17, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge