Amy F. Sorenson (Nevada Bar No. 12495)
Tanya N. Lewis (Nevada Bar No. 8855)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: asorenson@swlaw.com
tlewis@swlaw.com

Elaina Al-Nimri (*pro hac vice* forthcoming)
Kristian Smith (*pro hac vice* forthcoming)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Telephone: (615) 742-6200
Email: eal-nimri@bassberry.com
        alfonso.cuen@bassberry.com

*Attorneys for Defendant EdFinancial Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEISHIA MCGINNIS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EDFINANCIAL SERVICES, LLC,<br><br>Defendants. | Case No. 2:25-cv-01279<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE TO MOTION TO STAY DISCOVERY AND MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Aleishia McGinnis ("Plaintiff"), through her attorneys, George Haines and Gerardo Avalos of Freedom Law Firm, and Defendant EdFinancial Services LLC ("EdFinancial"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

EdFinancial's current deadline to reply to Plaintiff's Response in Opposition to Motion to Dismiss (Dkt. 28) and Plaintiff's Response in Opposition to Motion to Stay Discovery (Dkt. 29) is January 7, 2026. Due to the prior week's holiday, as well as vacation schedules of undersigned counsel, Plaintiff and EdFinancial stipulate and agree that EdFinancial shall have a one-week extension, until **January 14, 2026**, in which to file its reply briefs.

This is the parties' first request for an extension of time to file the reply briefs, and is not intended to cause any delay or prejudice to any party, but is requested for good cause, and so that EdFinancial can have adequate time to prepare its responses, given the prior week holiday and vacation schedules of undersigned counsel.

Dated: January 6, 2026.                          SNELL & WILMER L.L.P.


By: */s/ Tanya N. Lewis*
    Amy F. Sorenson
    Tanya N. Lewis
    1700 S Pavilion Center Drive, Suite 700
    Las Vegas, Nevada 89135

    and

    Elaina Al-Nimri (*pro hac vice* forthcoming)
    Kristian Smith (*pro hac vice* forthcoming)
    BASS, BERRY & SIMS PLC
    21 Platform Way South, Suite 3500
    Nashville, Tennessee 37203


    *Attorneys for Defendant Edfinancial Services, LLC*

Dated: January 6, 2026.                          FREEDOM LAW FIRM, LLC


By: */s/ Gerardo Avalos*
    George Haines
    Gerardo Avalos
    8985 South Eastern Ave., Suite 100
    Las Vegas, NV 89123

    *Attorneys for Plaintiff Aleishia McGinnis*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

## ORDER

**Good cause showing, IT IS HEREBY ORDERED THAT EdFinancial's time to file its reply briefs is extended to January 14, 2026.**

**IT IS SO ORDERED.** January 15, 2026.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Tanya N. Lewis_
Amy F. Sorenson
Tanya N. Lewis
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
_Attorneys for Defendant EdFinancial Services, LLC_

- 3 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing to be served via CM/ECF electronic filing system to the following:

George Haines, Esq.
Gerardo Avalos
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Aleishia McGinnis*

Gia Marina
CLARK HILL PLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
gmarina@clarkhill.com

*Attorney for Equifax Information Services LLC*

DATED: January 8, 2026.

/s/ Susan Ballif
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
702.784.5200

- 4 -